# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

9/11/12

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   Esparza v. Bowman
      (USDC# CASE NUMBER 11cv727 WJ/WPL; USCA# CASE NUMBER 12-02140)

Dear Ms. Shumaker,

    Please be advised that the Appellants Transcript Order Form indicates that a transcript will not be ordered for the Notice of Appeal in the above referenced case.

    The appeal record is now complete. Appellant's brief is due to be filed with the Tenth Circuit Court of Appeals forty (40) days from the date of this letter.

Sincerely,

Matthew J. Dykman, Clerk
United States District Court
for the District of New Mexico