IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA ESPARZA,

      Plaintiff,

v.                                           2:11-CV-00727 WPJ/WPL

DOUGLAS BOWMAN, in his individual capacity,

      Defendant.

## UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

      COMES NOW Civerolo, Gralow, Hill & Curtis, P.A. (Lisa Entress Pullen, Esq. and Lawrence H. Hill, Esq.), and moves the Court, pursuant to D.N.M. LR83.8(a) for an entry of a Stipulated Order for Withdrawal of Counsel, and as grounds therefor would show the Court:

      The law firm of Civerolo, Gralow, Hill & Curtis, P.A. seeks to withdraw as counsel of record for Defendant, Douglas Bowman, on the ground that the law firm of French & Associates, P.C. is taking over the defense of Defendant in this matter. Defendant Douglas Bowman consents to the withdrawal and substitution of counsel described herein.

      Counsel for Plaintiff has been contacted and does not oppose this Motion.

      WHEREFORE, the undersigned requests that the law firm of Civerolo, Gralow, Hill & Curtis, P.A., (Lisa Entress Pullen, Esq. and Lawrence H. Hill, Esq.) be permitted to withdraw as counsel of record for Defendant, Douglas Bowman, and the law firm of French & Associates, P.C. (Stephen G. French, Esq. and Joel M. Young, Esq.) be substituted as counsel of record for Defendant, Douglas Bowman.

Respectfully submitted by,

CIVEROLO, GRALOW, HILL & CURTIS, P.A.

By _____*Lisa Pullen*_____
Lisa Entress Pullen
Lawrence H. Hill
*Attorneys for Defendant Douglas Bowman*
20 First Plaza NW, Suite 500
Albuquerque, New Mexico  87102
(505) 842-8255
pullenl@civerolo.com
hilll@civerolo.com

I hereby certify that a true copy of the foregoing *Unopposed Motion for Withdrawal and Substitution of Counsel* was filed with the Court's CM/ECF filing system on October  24th , 2012, and copied on counsel of record through that system on the same date as follows:

Joel M. Young, Esq.
jyoung@frenchlawpc.com

Paige Duhamel, Esq.
paige.duhamel@gmail.com

Jason J. Lewis, Esq.
jjl@morriseylewis.com

Kari T. Morrisey, Esq.
morriska1@yahoo.com

_____*Lisa Pullen*_____
Lisa E. Pullen