IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA ESPARZA,

      **Plaintiff,**

v.                                                      No. CV-2011-00727 WPJ/WPL

**DOUGLAS BOWMAN, in his individual capacity,**

      **Defendant.**

## ORDER GRANTING JOINT MOTION TO DISMISS

**THIS MATTER** having come before the Court on the parties' Joint Motion to Dismiss Plaintiff's claims in their entirety with prejudice, and the Court being fully advised in the premises, **FINDS** that good cause exists for the entry of an order dismissing Plaintiff's claims based upon the agreement of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

The claims asserted in the above titled cause brought by Plaintiff against Defendant is hereby dismissed with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND AGREED TO BY:**

___/s/_____
Jason J. Lewis
Kari Morrissey
2501 Rio Grande Blvd. NW, Suite B
Albuquerque, New Mexico 87104
(505) 244-0950

FRENCH & ASSOCIATES, P.C.


/s/ _____
Stephen French
Attorney for Defendant
500 Marquette Ave. Suite 500
Albuquerque, NM 87102
(505) 843-7075